PEOPLE ex rel. BECK, Respondent, v. BOARD OF ALDERMEN OF CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by the people of the state of New York, on the relation of Howard L. Beck, against the board of aldermen of the city of Buffalo. No opinion. Motion to dismiss the appeal granted, with $10 costs, and appeal dismissed, with costs. All concur, except WARD, J., dissenting. See 42 N. Y. Supp. 545.

PEOPLE ex rel. CITY OF AMSTERDAM, Respondent, v. HESS et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 8, 1898.) Action by the people of the state of New York, on the relation of the city of Amsterdam, against Henry E. Hess and others, assessors of the town of Perth, Fulton county. No opinion. Order reversed, with costs, and certiorari dismissed, with costs.

PEOPLE ex rel. CITY OF BUFFALO, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by the people of the state of New York, on the relation of the city of Buffalo, against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with costs.

PEOPLE ex rel. CITY OF GLOVERSVILLE, Respondent, v. GEORGE et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 8, 1898.) Action by the people of the state of New York, on the relation of the city of Gloversville, against John H. George, Philip Kring, and Isaac T. Close, assessors of the town of Mayfield. No opinion. Order reversed, with costs, and certiorari dismissed, with costs.

PEOPLE ex rel. GILDAY, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. March 11, 1898.) Action by the people of the state of New York, on the relation of Thomas Gilday, against Theodore Roosevelt and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. CITY OF JOHNSTOWN, Respondent, v. STALEY et al., Appellants. PEOPLE ex rel. CITY OF GLOVERSVILLE, Respondent, v. SAME, Appellants. (Supreme Court, Appellate Division, Third Department. March 8, 1898.) Actions by the people on the relation of the city of Johnstown, and by the same on the relation of the city of Gloversville, against Jacob W. Staley and another, assessors of the town of Johnstown. R. P. Anibal, for appellants. Andrew J. Nellis and Jerome Egelston, for respondent.

PER CURIAM. The question submitted to us in this action has recently been passed upon by the appellate division of the Fourth department, in the case of City of Rochester v. Coe, 49 N. Y. Supp. 502. We have read the opinion of Hardin, J., delivered in that case, and see no reason to doubt that he has reached a correct conclusion as to the construction that should be given to the provisions of Laws 1896, c. 908. On the authority of the case referred to, the order appealed from must be reversed, with $10 costs and disbursements, and the case remitted to the special term, in order that it be determined whether the assessment in question is erroneous because unequal.

PEOPLE ex rel. GRISWOLD v. BOARD OF TRUSTEES OF VILLAGE OF FREDONIA et al. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by the people of the state of New York, on the relation of Herman S. Griswold, against the board of trustees of the village of Fredonia and others. No opinion. Writ of certiorari dismissed, with $50 costs against the relator. See 47 N. Y. Supp. 1145.

PEOPLE ex rel. LINNEKIN, Appellant, v. ENNIS, Respondent. (Supreme Court, Appellate Division, Second Department. March 15, 1898.) Action by the people of the state of New York, on the relation of Thomas J. Linnekin, against John Ennis, as commissioner, etc. No opinion. Order affirmed, with $10 costs and disbursements. See 46 N. Y. Supp. 444.

PEOPLE ex rel. McLAUGHLIN, Appellant, v. MOSS et al., Respondents. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by the people of the state of New York, on the relation of Edward D. McLaughlin, against Frank Moss and others. G. H. Bruce, for appellant. T. Farley, for respondent. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. WILLIAM J. MATHESON & CO., Limited, v. ROBERTSON. (Supreme Court, Appellate Division, Third Department. March 15, 1898.) Action by the people of the state of New York, on the relation of William J. Matheson & Co., Limited, against James A. Robertson & Co., Limited, against James A. Robertson, as comptroller. No opinion. Determination of the comptroller confirmed, with $50 costs and disbursements.